PEOPLE ex rel. POST, Respondent, v. METZ, City Comptroller, Appellant. (Supreme Court, Appellate Division, Second Department.

December 30, 1909.) Proceeding by the People of the State of New York, on the relation of John D. Post, against Herman A. Metz, as Comptroller of the City of New York.

PER CURIAM. Order affirmed, with $10 costs and disbursements, upon the ground that it appears on the moving papers that it has been determined by the Supreme Court that the removal of Daniel C. Carey was lawful and proper, which determination is in full force and effect.